O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CORRALES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>M. VEGA, ET AL.,<br><br>　　　　　Defendants. | CASE NO. ED CV 12-01876 JVS (RZ)<br><br>ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Second Report. As recommended therein, the Court grants Defendants' motion to dismiss the Second Amended Complaint without leave to amend.

DATED: February 11, 2015

　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE