O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE CORRALES, | ) | CASE NO. ED CV 12-01876 JVS (RZ) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| M. VEGA, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: February 11, 2015   */s/ James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE